finally determine the action within the meaning of the Constitution.

In the Matter of NELLA MANKO, Appellant, et al., Petitioner, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, OFFICE OF RENT ADMINISTRATION, Respondent.

Decided June 30, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

FORTUNE MIZRACHI, Respondent, v DANNY MIZRACHI, Appellant.

Submitted May 23, 2011; decided June 30, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLIFFORD GRAHAM, Appellant, v KEVIN WALSH, Sheriff of the Onondaga County Sheriff's Department, Respondent.

Submitted May 31, 2011; decided June 30, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.